**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 30, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

## NO. 14-14-00839-CR

---

### IN RE EUGENE JAMES ELLIS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 9420695**

---

## MEMORANDUM OPINION

On October 20, 2014, relator Eugene James Ellis filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relator has not complied with the applicable procedural requirements. *See* Tex. R. App. P. 52.3, 52.7. Relator also has not satisfied his burden to demonstrate his entitlement to mandamus relief.

Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).